Eric J. Ratinoff
KERSHAW CUTTER & RATINOFF
980 Ninth Street, 19th Floor
Sacramento, CA 95814
Telephone: 916/488-9800
Facsimile: 916/669-4499

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSAIC LAW CONGREGATION, a California non-profit corporation | CASE NO. 2:05-CV-02293-FCD/KJM |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| vs. | |
| AMCO INSURANCE CO. and DOES 1 TO 10, inclusive, | |
| Defendants. _____/ | |

Plaintiff hereby substitutes the law firm of Kershaw Cutter & Ratinoff in as counsel in the place of prior counsel Mitchell S. Ostwald, 7750 College Town Drive, Suite 350, Sacramento, CA 95826; telephone (916) 388-5100. Mitchell S. Ostwald is no longer counsel of record for plaintiff in this case.

I hereby concur with the above substitution.

Dated: April ____, 2006        MOSAIC LAW CORPORATION

_____
By:  ALAN EDELSTEIN

///

///
I hereby accept the above substitution:
_____

Substitution of Attorney

1

1 | Dated: April ___, 2006                KERSHAW CUTTER & RATINOFF

2

3 | By._____
  |     ERIC J. RATINOFF

4 | I hereby consent to the above substitution:

5 | Dated: April___, 2006                 LAW   OFFICES OF MITCHELL S.
  |                                       OSTWALD

6

7

8 | By_____
  |     MITCHELL S. OSTWALD

9

10

11 | IT IS SO ORDERED:

12

13 | Dated: May 4, 2006                    /s/ Frank C. Damrell Jr.
   |                                       The Hon. Frank C. Damrell Jr.

Substitution of Attorney

2