UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MOSAIC LAW CONGREGATION,

        Plaintiff,

   v.

AMCO INSURANCE COMPANY,

        Defendant.

NO. CIV. S-05-2293 FCD KJM

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.   The hearing on Plaintiff's Motion for Partial Summary Judgment is continued to January 12, 2007 at 10:00 a.m. Defendant shall file and serve its opposition brief or notice of non-opposition no later than December 29, 2006.  The Plaintiff may file and serve a reply on or before January 5, 2007.

    2.   Defendant's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 78-230(c).

///

3. Defendant's counsel shall file his response to the order to show cause on or before December 29, 2006.

4. A hearing on the order to show cause will follow the hearing on the Motion for Partial Summary Judgment.

IT IS SO ORDERED.

DATED: December 4, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE