Eric Ratinoff, State Bar #166204
Kerrie Webb, State Bar #211444
**KERSHAW, CUTTER & RATINOFF, LLP**
980 9th Street, 19th Floor
Sacramento, California 95814
Telephone: (916) 448-9800
Facsimile: (916) 669-4499

Attorneys For Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICTOF CALIFORNIA

| | |
|---|---|
| MOSAIC LAW CONGREGATION, a California non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMCO INSURANCE CO., and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:05-CV-02293 FCD/KJM<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES** |

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, in accordance with Local Rule 83-141, that the discovery deadlines related to this matter should be extended as described herein, for the following good cause:

1. The parties have entered into settlement negotiations and have completed one day of mediation.

2. The parties wish to postpone discovery deadlines to avoid the expense of witness depositions and expert disclosures while settlement negotiations continue.

3. The parties stipulate and propose that the following deadlines be continued:

    a. The discovery cut-off, currently set for June 29, 2007, should be continued to August 24, 2007.

-1-

**Stipulation and Order to Continue Discovery Deadlines**

      b. The designation of expert witnesses, currently set for July 13, 2007, should be continued to September 14, 2007.

      c. Rebuttal expert designations, currently set for August 2, 2007, should be continued to October 5, 2007.

      d. All expert discovery should be completed by November 9, 2007.

      e. All dispositive motions should be heard no later than December 15, 2007.

4. The parties are not requesting a continuance of the pretrial conference set for Friday, January 18, 2008, nor of the trial date set for March 25, 2008.

IT IS FURTHER STIPULATED that a signature by facsimile shall be deemed counsel's original signature.

                                              Respectfully Submitted,

Dated:   May __25___, 2007          KERSHAW, CUTTER & RATINOFF, LLP

By:_____/S/_____
        KERRIE WEBB
        Attorneys for plaintiff
        MOSAIC LAW CONGREGATION

Dated:   May ___24___, 2007         GRECO & TRAFICANTE

By: :_____/S/_____
        JON S. BRICK
        Attorney for Defendant
        AMCO INSURANCE CO.

**ORDER TO FOLLOW ON NEXT PAGE**

**ORDER**

GOOD CAUSE APPEARING THEREFOR,

IT IS HEREBY ORDERED that the above Stipulation between all parties is approved, except the court shall reset the final pretrial conference and jury trial dates. The new schedules are as follows:

    The discovery cut-off is continued to August 24, 2007;

    The designation of expert witnesses', is continued to September 14, 2007;

    Rebuttal expert designations, is continued to October 5, 2007;

    All expert discovery shall be completed by November 9, 2007;

    All dispositive motions shall be heard no later than December 14 2007;

    The final pretrial conference is continued to February 29, 2008 at 3:30 p.m. with

    The Joint pretrial statement due no later than February 22, 2008; and

    The jury trial is continued to April 29, 2008 at 9:00 a.m.

DATED: May 31, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Discovery Deadlines