Eric Ratinoff, State Bar #166204
Kerrie Webb, State Bar #211444
**KERSHAW, CUTTER & RATINOFF, LLP**
980 9th Street, 19th Floor
Sacramento, California  95814
Telephone: (916) 448-9800
Facsimile:  (916) 669-4499

Attorneys For Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICTOF CALIFORNIA

| | |
|---|---|
| MOSAIC LAW CONGREGATION, a California non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMCO INSURANCE CO., and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:05-CV-02293 FCD/KJM<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES AND TRIAL** |

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, in accordance with Local Rule 83-141, that the discovery deadlines related to this matter should be extended as described herein, for the following good cause:

1. The parties have entered into settlement negotiations and have completed one day of mediation. A second day of mediation is scheduled for September 12, 2007.

2. The parties wish to postpone discovery deadlines to avoid the expense of witness depositions and expert disclosures while settlement negotiations continue.

3. The parties stipulate and propose that the following deadlines be continued:

    a. The discovery cut-off, should be continued to November 16, 2007.

    b. The designation of expert witnesses, should be continued to December 21, 2007.

-1-

**Stipulation and Order to Continue Discovery Deadlines and Trial**

1      c.  Rebuttal expert designations, should be continued to January 25, 2008.

2      d.  All expert discovery should be completed by March 7, 2008.

3      e.  All dispositive motions should be heard no later than April 25, 2008.

4      f.  The pretrial conference should be held on May 29, 2008.

5      g.  The trial should be scheduled to begin on June 10, 2008.

IT IS FURTHER STIPULATED that a signature by facsimile shall be deemed counsel's original signature.

Respectfully Submitted,

Dated:   September 11, 2007                     KERSHAW, CUTTER & RATINOFF, LLP

By:   /S/
KERRIE WEBB
Attorneys for plaintiff
MOSAIC LAW CONGREGATION

Dated:  September 11, 2007                     GRECO & TRAFICANTE

By: :   /S/
JON S. BRICK
Attorney for Defendant
AMCO INSURANCE CO.

## **ORDER**

IT IS HEREBY ORDERED that the above Stipulation between all parties is approved and the new dates pertaining to the above-referenced action shall be set forth in accordance with the above stipulation between the parties except for the following changes:

The last date in which to hear a dispositive motion: May 9, 2008
The final pretrial conference:                     July 11, 2008 at 2:30 p.m.
The joint pretrial statement:                      July 3, 2008
The jury trial:                                    September 16, 2008 at 9:00 a.m.

DATED: September 17, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

**Stipulation and Order to Continue Discovery Deadlines and Trial**